■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCO PEREZ, Appellant. [642 NYS2d 526] —Judgment, Supreme Court, New York County (Franklin Weissberg, J.), rendered March 17, 1993, convicting defendant, under indictment number 5108/90, after a jury trial, of two counts of attempted murder in the second degree, manslaughter in the second degree, two counts of assault in the first degree, and criminal possession of a weapon in the second and third degrees, and, under indictment numbers 2907/90 and 13959/89, upon his pleas of guilty, of two counts of criminal sale of a controlled substance in the third degree, and sentencing him to consecutive terms of $8^1/_3$ to 25 years, $8^1/_3$ to 25 years, 5 to 15 years and 5 to 15 years, for the attempted murder, manslaughter and one of the assault convictions, respectively, concurrent to concurrent terms of 5 to 15 years, 5 to 15 years and $2^1/_3$ to 7 years, 3 to 9 years and 3 to 9 years, for the other assault, the two weapon possession and the two drug convictions, respectively, unanimously affirmed.

Viewing the evidence in a light most favorable to defendant, there was no reasonable view to support a finding of the tendered defense of justification. Therefore, the court properly declined to instruct such charge to the jury as to such defense (*see, People v Watts*, 57 NY2d 299, 301). We perceive no abuse of sentencing discretion. We have considered defendant's remaining contention and find it to be unpreserved and without merit. Concur—Milonas, J. P., Rosenberger, Rubin, Kupferman and Tom, JJ.